United States District Court

For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    DOREEN MACLELLAN,                      No. C 12-5795 MMC

11              Plaintiff,                   **ORDER DENYING APPLICATION TO
                                             PROCEED IN FORMA PAUPERIS**
12       v.

13    COUNTY OF ALEMEDA, et al.,

14              Defendants.
      _____/

15

16        Before the Court is plaintiff Doreen MacLellan's application to proceed in forma

17    pauperis, filed January 4, 2013.  As the case was removed from state court (see Notice of

18    Removal), plaintiff is not required to pay a filing fee, and no other fees would appear to be

19    required at this time.  Accordingly, plaintiff's application is hereby DENIED without

20    prejudice.

21        **IT IS SO ORDERED.**

22    Dated:  January 7, 2013

23    
      MAXINE M. CHESNEY
      United States District Judge

24

25

26

27

28