IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MACLELLAN, | No. C 12-5795 MMC |
| Plaintiff, | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COUNTY OF ALEMEDA, et al., | |
| Defendants. | |

    Before the Court is plaintiff Doreen MacLellan's application to proceed in forma pauperis, filed January 4, 2013. As the case was removed from state court (see Notice of Removal), plaintiff is not required to pay a filing fee, and no other fees would appear to be required at this time. Accordingly, plaintiff's application is hereby DENIED without prejudice.

    **IT IS SO ORDERED.**

Dated: January 7, 2013

MAXINE M. CHESNEY
United States District Judge