United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MACLELLAN,<br><br>    Plaintiff,<br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants.<br>_____ / | No. C 12-5795 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY PHONE; DIRECTIONS TO PARTIES** |

Before the Court is plaintiff Doreen Maclellan's Request to Appear by Phone, filed December 6, 2013, by which plaintiff requests leave to appear telephonically at the December 13, 2013 Case Management Conference, in light of her recent move to Connecticut.

Good cause appearing, plaintiff's request is hereby GRANTED. In light thereof, all parties are hereby DIRECTED to appear by telephone at the December 13, 2013 Case Management Conference.

**IT IS SO ORDERED.**

Dated: December 9, 2013

_____
MAXINE M. CHESNEY
United States District Judge