IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MACLELLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants.<br>_____/ | No. C-12-5795 MMC<br><br>**ORDER VACATING JANUARY 31, 2014 HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

    Before the Court is defendants County of Alameda, Deputy Marc Denis, and Deputy Rafael Alvarez's Motion for Summary Judgment, filed December 20, 2013.  Also before the Court is defendant Alameda County Medical Center's Motion for Summary Judgment or in the Alternative Partial Summary Judgment, filed December 23, 2013.  Plaintiff has filed opposition to both motions, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for January 31, 2014.

    **IT IS SO ORDERED.**

Dated: January 28, 2014

                                                   MAXINE M. CHESNEY
                                                 United States District Judge