IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MACLELLAN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　Defendants.<br>_____/ | No. C 12-5795 MMC<br><br>**ORDER DENYING DEFENDANT VALLEYCARE HEALTH SYSTEM'S MOTION TO REMAND CASE TO STATE COURT** |

　　Before the Court is defendant ValleyCare Health System's ("ValleyCare") motion, filed February 27, 2014, to remand the above-titled case to state court. Having read and considered the motion, the Court finds no further briefing is necessary, and rules as follows.

　　Contrary to ValleyCare's argument, the pretrial dismissal or other disposition of the federal claim(s) in a non-diverse removed action does not deprive the federal court of subject matter jurisdiction; rather, the court, in its discretion, may either retain or decline to retain supplemental jurisdiction over any remaining state law claims. See 28 U.S.C. § 1367(c)(3); Acri v. Varian Assoc., Inc., 114 F.3d 999, 1000 (9th Cir. 1997) (noting "once judicial power exists under [28 U.S.C.] § 1367(a), retention of supplemental jurisdiction over state law claims under § 1367(c) is discretionary"). In this instance, trial is scheduled to begin in less than a month, and, under such circumstances, the Court declines to

exercise its discretion to remand the remaining state law claims. See Schneider v. TRW, Inc., 938 F.2d 986, 993-94 (9th Cir. 1991) (recognizing "extent of resources invested in . . . case" as one of factors relevant to court's exercise of discretion under § 1367(c)(3)).

Accordingly, ValleyCare's motion to remand is hereby DENIED.[1]

**IT IS SO ORDERED.**

Dated: March 3, 2014

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] In light of the Court's ruling, ValleyCare's Application for Order Shortening Time to Hear[] Motion to Remand Case to State Court is DENIED as moot.

2