```
 1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
    grockwell@bjg.com
 2  JILL P. SAZAMA, ESQ. (SBN 214215)
    jsazama@bjg.com
 3  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 4  555 12th Street, Suite 1800
    Oakland, CA  94607
 5  Telephone: (510) 834-4350
    Facsimile: (510) 839-1897
 6
    Attorneys for Defendants
 7  COUNTY OF ALAMEDA, DEPUTY
    DINIS, DEPUTY ALVAREZ
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MACLELLAN,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, DEPUTY DINIS, in his individual and official capacity, DEPUTY ALVAREZ, in his individual and official capacity, DEPUTY DOE 1, in her individual and official capacity, VALLEY CARE MEDICAL CENTER, ALAMEDA COUNTY MEDICAL CENTER AND DOE DEFENDANTS 2 THROUGH 10, INCLUSIVE,<br><br>  Defendants. | Case No.: CV 12-05795 MMC<br><br>[PROPOSED]<br>ORDER GRANTING DEFENDANT MARC DINIS' REQUEST TO BE EXCUSED FROM ATTENDING JUDICIAL SETTLEMENT CONFERENCE<br><br>**DENIED**<br>Judge Laurel Beeler |

By letter dated February 18, 2014, defendants COUNTY OF ALAMEDA, RAFAEL ALVAREZ (sued herein as "DEPUTY ALVAREZ") and MARC DINIS (sued herein as "DEPUTY DINIS") have requested, pursuant to ADR Local Rule 6-10(d), that defendant MARC DINIS be excused from personally attending a mediation scheduled by the parties to occur on March 5, 2014.  This letter shows that the attendance of DINIS would present an unjustifiable hardship to him, and that the value of the case, while uncertain, does not necessitate the personal

-1-
ORDER GRANTING DEFENDANT MARC DINIS' REQUEST TO BE EXCUSED FROM ATTENDING
JUDICIAL SETTLEMENT CONFERENCE; Case No. CV 12-05795 MMC

1  attendance of DINIS.  This letter also indicates that the settlement conference was only recently
2  moved to March 5, 2014 on the court's own motion, without consultation with the parties, and that
3  Deputy Dinis had been able to attend the prior settlement conference date of February 13, 2014,
4  but cannot attend the new date due to his having mandatory employment-related training from
5  February 24 to March 7, which had been scheduled months in advance.  This letter further shows
6  that the defendants did not object to DINIS being excused from attending this mediation.  For
7  these reasons, and good cause otherwise appearing therefor, the Court hereby ORDERS as
8  follows:
9        Defendant **MARC DINIS** is hereby **EXCUSED** from attending the settlement conference
10 in this case on March 5, 2014.
11 **SO ORDERED.**

DATED: March 3, 2014

DENIED AS MOOT.

By: _____
*Judge Laurel Beeler*
**DENIED**

DATED: _____

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GREGORY J. ROCKWELL, ESQ.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
COUNTY OF ALAMEDA, DEPUTY
DINIS, DEPUTY ALVAREZ

27102\641721

-2-
ORDER GRANTING DEFENDANT MARC DINIS' REQUEST TO BE EXCUSED FROM ATTENDING
JUDICIAL SETTLEMENT CONFERENCE; Case No. CV 12-05795 MMC