MARC G. COWDEN, ESQ. (State Bar No. 169391)
AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA  94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: aschultz@glattys.com

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MACLELLAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF ALAMEDA, DEPUTY DINIS, in his individual and official capacity, DEPUTY ALVAREZ, in his individual and official capacity, DEPUTY DOE 1, in her individual and official capacity, VALLEY CARE MEDICAL CENTER, ALAMEDA COUNTY MEDICAL CENTER AND DOE DEFENDANTS 2 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No.    CV 12-5795 MMC<br><br>The Honorable Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ALAMEDA COUNTY MEDICAL CENTER'S REQUEST TO BE EXCUSED FROM ATTENDING JUDICIAL SETTLEMENT CONFERENCE<br><br>Date: March 5, 2014<br>Time: 9:30 a.m.<br>Courtroom:<br>Date Complaint Filed:<br>Trial: March |

**DENIED**
Judge Laurel Beeler

By letter dated February 24, 2014, defendant Alameda County Medical Center (hereafter "ACMC") has requested, pursuant to ADR Local Rule 6-10(d), that the insurance carrier representative for ACMC, Patricia Alfieri, be excused from personally attending a settlement conference scheduled by the court to occur on March 5, 2014. This letter shows that the personal attendance of Ms. Alfieri would present an unjustifiable hardship, and that settlement of the case is not dependent on the personal attendance of Ms. Alfieri.

1

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

CV 12-5795 MMC:  [PROPOSED] ORDER GRANTING DEF. ALAMEDA COUNTY MEDICAL CENTER'S REQUEST TO BE EXCUSED FROM ATTENDING JUDICIAL SETTLEMENT CONF.

200-9443/ATS/691677.docx

1  This letter also indicates that the settlement conference was only recently moved
2  to March 5, 2014 on the court's own motion, without consultation with the parties, and
3  that Ms. Alfieri had been able to attend the prior settlement conference date of February
4  13, 2014, but cannot attend the new date due to a prearranged employment
5  seminar. For these reasons, and good cause otherwise appearing therefor, the Court
6  hereby ORDERS as follows:

7  Insurance carrier representative Patricia Alfieri is hereby excused from personally
8  attending the settlement conference in this case on March 5, 2014.

9  **SO ORDERED.**

11  Dated: March 3, 2014

12  DENIED AS MOOT.
   Settlement Conference reset
13 to March 7, 2014 at 9:30 a.m.

Hon. Laurel ____
UNITED ST____



2

CV 12-5795 MMC: [PROPOSED] ORDER GRANTING DEF. ALAMEDA COUNTY MEDICAL
CENTER'S REQUEST TO BE EXCUSED FROM ATTENDING JUDICIAL SETTLEMENT CONF.

200-9443/ATS/691677.docx

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

# CERTIFICATE OF SERVICE BY MAIL
## (28 U.S.C. 1746)

I, Janet M. Downing, declare:

I am employed in the County of Contra Costa County, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183.

I am readily familiar with the business practice for collection and processing of correspondence for mailing within the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of **[PROPOSED] ORDER GRANTING DEFENDANT ALAMEDA COUNTY MEDICAL CENTER'S REQUEST TO BE EXCUSED FROM ATTENDING JUDICIAL SETTLEMENT CONFERENCE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Ms. Doreen MacLellan<br>25 Hoyt Street<br>Darien, CT 06820-3114 | Counsel for Plaintiff in Pro Per<br>DOREEN MACLELLAN |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 24, 2014 at Walnut Creek, California.

*Janet M. Downing*
Janet M. Downing

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

3

CV 12-5795 MMC: [PROPOSED] ORDER GRANTING DEF. ALAMEDA COUNTY MEDICAL
CENTER'S REQUEST TO BE EXCUSED FROM ATTENDING JUDICIAL SETTLEMENT CONF.

200-9443/ATS/691677.docx