UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOREEN MACLELLAN )
    Plaintiff(s), ) Case Number: 12-5795
)
vs. ) ORDER APPOINTING COUNSEL
)
COUNTY OF ALAMEDA, ET AL. )
    Defendant(s). )

Because the __plaintiff__ has requested and is in need of counsel to assist ~~him~~/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, __Thomas M. McInerney of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.__ is hereby appointed as counsel for __Doreen MacLellan__ in this matter.

The scope of this referral shall be for:

[X] all purposes for the duration of the case

[ ] the limited purpose of representing the litigant in the course of

    [ ] mediation

    [ ] early neutral evaluation

    [ ] settlement conference

    [ ] briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    [ ] discovery as follows:

    [ ] other:

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: March 21, 2014

                                           _Maxine M. Chesney_
                                        United States District/Magistrate Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES