United States District Court

For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DOREEN MACLELLAN,                          No. C 12-5795 MMC

11              Plaintiff,                      **ORDER RE: FAILURE TO COMPLY**
                                                **WITH PRETRIAL PREPARATION**
12      v.                                      **ORDER**

13   ALAMEDA COUNTY, et al.,

14              Defendants.
                                        /

15

16       The Court is in receipt of the declaration, filed March 25, 2014, by Kevin M. Smith,

17   counsel for defendant ValleyCare Health System ("ValleyCare"), in which Mr. Smith

18   explains his "failure to comply with the Court's Pre-Trial Preparation Order by [his] failure to

19   appear at the Pre-Trial Conference on March 18, 2014." (See Smith Decl. ¶ 2.)

20       The Court appreciates Mr. Smith's detailed account of the reasons for his absence

21   from those proceedings. As made clear at the Pretrial Conference, however, the Court's

22   request for an explanation was not limited to such nonappearance, but, rather, was directed

23   as well at counsel's failure to file on behalf of ValleyCare any documents required by the

24   Pretrial Preparation Order. (See Pretrial Preparation Order, filed February 25, 2013, at 3-5

25   (setting forth required filings).)

26       Although Mr. Smith does state he anticipated counsel for Alameda County Medical

27   Center ("ACMC") would "take the laboring oar" in that regard (see Smith Decl. ¶ 9), the

28   issues pertaining to the two defendants differ considerably and, consequently, ACMC's

1  pretrial filings were filed solely on behalf of ACMC.  Nevertheless, the Court will accept Mr.

2  Smith's declaration as an adequate explanation.

3       Accordingly, no further action will be taken.

4       **IT IS SO ORDERED.**

5
  Dated: March 31, 2014

6                                  MAXINE M. CHESNEY
                                United States District Judge