IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOREEN MACLELLAN,

    Plaintiff,

v.

COUNTY OF ALAMEDA, et al.,

    Defendant.

No. C 12-5795 MMC

**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER; VACATING HEARING**

    Before the Court is plaintiff's Motion to Modify the Court's Scheduling Order, filed May 1, 2014.  Defendants Alameda County Medical Center and ValleyCare Health System have filed separate oppositions, to which plaintiff has filed a reply.

    Having read and considered the papers filed in support of and in opposition to the motion, the Court finds plaintiff has shown good cause for the relief requested.

    Accordingly, plaintiff's Motion to Modify is hereby GRANTED as follows: the deadlines for designation of expert and rebuttal witnesses are hereby EXTENDED to July 1, 2014 and July 15, 2014, respectively, and the expert discovery cutoff is hereby EXTENDED to September 1, 2014.

    The hearing scheduled for June 13, 2014 is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: June 10, 2014

                                    MAXINE M. CHESNEY
                                    United States District Judge