THOMAS M. MCINERNEY, State Bar No. 162055
tmm@ogletreedeakins.com
BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletreedeakins.com
JOSEPH L.J. APPEL, State Bar No. 276946
joseph.appel@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Plaintiff
DOREEN MACLELLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOREEN MACLELLAN,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF ALAMEDA, DEPUTY DINIS, in his individual and official capacity, DEPUTY ALVAREZ, in his individual and official capacity, DEPUTY DOE 1, in her individual and official capacity, VALLEY CARE MEDICAL CENTER, ALAMEDA COUNTY MEDICAL CENTER and DOE DEFENDANTS 2 THROUGH 10, inclusive,<br><br>            Defendants. | Case No. CV 12-05795 MMC<br><br>**[PROPOSED]** **ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |

1     Before the Court is plaintiff's Administrative Motion to Extend Expert Disclosure Deadlines.  Having read and considered the papers filed in support of and in opposition to the administrative motion, the Court finds plaintiff has shown good cause for the relief requested.

    Accordingly, plaintiff's Administrative Motion to Extend Expert Disclosure Deadlines is GRANTED as follows:  the deadlines for designation of expert and rebuttal witnesses are hereby EXTENDED to July 15, 2014 and July 29, 2014, respectively.

**IT IS SO ORDERED.**

DATED:   July 1, 2014

    MAXINE M. CHESNEY,
    United States District Judge

18318973.1