1 | Robert K. Lawrence (SBN 83600)
2 | Elizabeth K. Ryan (SBN 117369)
  | Robyn D. Roberts (SBN 136208)
3 | BJORK LAWRENCE
  | 1850 Mt. Diablo Boulevard, Suite 120
4 | Walnut Creek, California  94596
  | Telephone:     (925) 279-1150
5 | Facsimile:      (925) 279-1160

6 | Attorneys for Defendant
7 | VALLEYCARE HEALTH SYSTEM (erroneously sued
  | as õVALLEYCARE MEDICAL CENTERö)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| DOREEN MACLELLAN, | Case No. C 12-5795 MMC |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER GRANTING SUBSTITUTION** |
| v. | |
| COUNTY OF ALAMEDA; DEPUTY DINIS, in his individual and official capacity; DEPUTY ALVAREZ, in his individual and official capacity; DEPUTY DOE 1, in her individual and official capacity; VALLEYCARE MEDICAL CENTER; ALAMEDA COUNTY MEDICAL CENTER; and DOE DEFENDANTS 2 through 10, inclusive, | |
| Defendants. | |

Notice is hereby given that, VALLEYCARE HEALTH SYSTEM substitutes Robert K. Lawrence, SBN 83600; Elizabeth K. Ryan, SBN 117369; and Robyn D. Roberts, SBN 136208, of Bjork Lawrence, as counsel of record in the above captioned matter in place of Kevin M. Smith, SBN 97920 of Bradley, Curley, Asiano, Barrabee, Abel & Kowalski, P.C.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Bjork Lawrence |
| Address: | 1850 Mt. Diablo Boulevard, Suite 120<br>Walnut Creek, CA  94596 |
| Telephone: | (925) 279-1150 |
| Facsimile: | (925) 279-1160 |

I consent to the above substitution.                             s/Doreen Maples

Date:  August 20, 2014                    Doreen Maples/ValleyCare Health System

I consent to being substituted.                                 s/Kevin M. Smith

Date: August 20, 2014                                *Kevin M. Smith*

I consent to the above substitution.                        s/Robert K. Lawrence

Date: August 20, 2014                               *Robert K. Lawrence*

I consent to the above substitution.                          s/Elizabeth K. Ryan

Date: August 19, 2014                                *Elizabeth K. Ryan*

I consent to the above substitution.                            s/Robyn D. Roberts

Date: August 20, 2014                                *Robyn D. Roberts*

## **ATTESTATION**

I, Robyn Roberts, attest that the contents of the Substitution of Attorney are acceptable to each person required to sign it. I further attest that Bjork Lawrence has received the signatures of each such person and the scanned image of the signature page is an attachment hereto.

*/s/ Robyn D. Roberts*

-4-

## ORDER

This substitution of attorneys is hereby approved and so ORDERED.

Date: September 11, 2014

_____
HON. MAXINE M. CHESNEY
JUDGE OF THE U.S. DISTRICT COURT