**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOREEN MACLELLAN,

        Plaintiff,

  v.

COUNTY OF ALAMEDA, et al.,

        Defendants.

No. C-12-5795 MMC

**ORDER DENYING DEFENDANT VALLEYCARE'S MOTION FOR EXTENSION OF DEADLINES FOR DISCLOSURE OF EXPERTS AND FILING MOTIONS FOR SUMMARY JUDGMENT**

Before the Court is the "Administrative Motion to Supplement Its Expert Disclosure and to Extend the Date for Filing Motions for Summary Judgment," filed September 19, 2014, by defendant ValleyCare Health System ("ValleyCare"), by which motion ValleyCare seeks an extension of the deadline for disclosure of experts as well as an extension of the deadline for filing motions for summary judgment. Plaintiff Doreen Maclellan has filed opposition, to which ValleyCare has replied. The matter came before the Court for hearing on October 7, 2014. Thomas McInerney of Ogletree, Deakins, Nash, Smoak & Steward, P.C. appeared on behalf of plaintiff. Robert K. Lawrence of Bjork Lawrence appeared on behalf of ValleyCare and Marc G. Cowden of Galloway, Lucchese, Everson & Picchi appeared on behalf of defendant Alameda County Medical Center.

The Court having considered the parties' written submissions and the arguments of counsel, and for the reasons stated on the record at the hearing, the motion is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: October 7, 2014

MAXINE M. CHESNEY
United States District Judge