**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **November 18, 2014**

**C - 12 - 5795 - MMC**

| **Doreen Maclellan** | v | **Alameda County Medical Center et al** |

Attorneys: Thomas McInerney        Marc Cowden (Alameda Cty Med Ctr)

Joseph Appel, Becki Graham        Robert Lawrence (Valley Care Medical Ctr)

Deputy Clerk: **Tracy Lucero**        Reporter: **James Pence**

**PROCEEDINGS:** Pretrial Conference / In Limine Motion Hearing

**Plaintiff's In Limine Motion(s):**

1. To exclude all evidence and testimony regarding plaintiff's behavior and beliefs not in defendant's possession at the time they treated plaintiff (#158) - Denied without prejudice to specific objection.

2. Motion regarding application of MICRA to causes of action for assault and battery (#159) - Denied.

3. To exclude opinions and testimony of Dr. Stephen E. Hall (#160) - Granted as to overlap re: opinion on propriety of Zyprexa injection.

4. To limit opinions and testimony of treating medical professionals (#161) - Denied.

**Defendant Alameda County Medical Center In Limine Motion(s):**

1. MICRA applies to all causes of action pled against Alameda County Medical Center (#181)-Granted.

2. Recoverable damages are controlled by MICRA (#182) - Granted.

3. To prohibit mention of liability insurance (#183) - Granted.

4. Expert testimony is required to prove whether it was appropriate to administer Zyprexa (#184) - Granted.

5. To prevent examination of non-experts with medical literature and to identify all medical literature to be used in cross-examination of experts (#185) - Granted to extent witnesses testify solely as percipient witnesses / Denied as to pre-trial identification of medical literature.

6. Court should instruct the jury about its findings on defendants' motion for summary judgment, and defense counsel should be able to refer to these findings without objection to their truthfulness during trial (#186) - Denied without prejudice to presentation in evidentiary portion of trial and in acceptable format.

7. To exclude evidence of future wage loss (#187) - Denied.

8. To prevent Victor Reus, M.D. from being called in defendant Alameda County Medical Center's case in chief (#188) - Granted.

9. To prevent evidence controverting issues already resolved by summary judgment (#189) - Granted.

10. To prevent testimony and evidence by plaintiff and her witnesses of intent (#195) - Granted.

**Defendant ValleyCare Health System In Limine Motion(s):**

1. To bar evidence and argument of inadequate medical care by ValleyCare Health System (#163) - Granted as to lay opinion testimony and Dr. Reus; otherwise Denied.

2. To bar testimony, evidence or argument that plaintiff's consent to treatment was required at ValleyCare Medical Center (#165) - Denied without prejudice to specific objection.

3. To prohibit evidence and argument regarding plaintiff's loss of custody of her children (#166) - Granted.

4. To bar speculative testimony by Dr. Reus about care and treatment at ValleyCare (#167) - Granted.

5. Motion re: Application of MICRA on damages; Defendant's right to periodic payments; and Collateral Source Evidence (#168) - Granted.

6. To prohibit evidence and argument regarding plaintiff's loss of future income claim (#170) - Denied.

7. To bar evidence or argument that ValleyCare Health System violated the Bane Act (#171) - Deferred.

8. To bar evidence that plaintiff is a veteran (#172) - Granted protective order: admissible if limited in scope and plaintiff can show relevance - subject to offer of proof.

**ORDERED DURING HEARING:**

<u>Court set time limits of 15 hours per side. Jury of 8 to be selected. Supplemental memo(s) re: Burden of Proof due December 3, 2014 no later than noon. Joint statement of case due December 3, 2014 no later than noon.</u>

Telephone Conference re: Dr. Reus: Thursday, November 20, 2014 at 3:00 p.m.

Trial Date: Monday, December 8, 2014 at 9:00 a.m. Set for 5 to 7 days
Type of Trial: (X)Jury  ( )Court


(4 hours 5 minutes)