1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   Oakland, CA 94607
5  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
6
7  Attorneys for Defendants
   COUNTY OF ALAMEDA, DEPUTY
   DINIS, DEPUTY ALVAREZ
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11

12 DOREEN MACLELLAN,                    ) Case No.: CV 12-05795 MMC
                                        )
13         Plaintiff,                   )
                                        ) [PROPOSED]
14 vs.                                  ) JUDGMENT IN FAVOR OF
                                        ) DEFENDANTS COUNTY OF ALAMEDA,
15 COUNTY OF ALAMEDA, DEPUTY DINIS,     ) MARC DINIS (sued herein as "DEPUTY
   in his individual and official capacity, DEPUTY ) DINIS") and RAFAEL ALVAREZ (sued
16 ALVAREZ, in his individual and official ) herein as "DEPUTY ALVAREZ")
   capacity, DEPUTY DOE 1, in her individual )
17 and official capacity, VALLEY CARE    )
   MEDICAL CENTER, ALAMEDA COUNTY )
18 MEDICAL CENTER AND DOE               )
   DEFENDANTS 2 THROUGH 10,             )
19 INCLUSIVE,                            ) Complaint Filed: September 24, 2012
                                        )
20         Defendants.                  )
                                        )
21 _____  )

22

23        Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the motion for summary

24 judgment of defendants COUNTY OF ALAMEDA, MARC DINIS (sued herein as "DEPUTY

25 DINIS") and RAFAEL ALVAREZ (sued herein as "DEPUTY ALVAREZ") having been

26 GRANTED in full on February 26, 2014, the Court hereby renders judgment in favor of

27 defendants COUNTY OF ALAMEDA, MARC DINIS ("Deputy Dinis"), and RAFAEL

28 ALVAREZ ("Deputy Alvarez) only, and against plaintiff DOREEN MACLELLAN, said plaintiff

to take nothing against said defendants.

The Clerk of the Court is directed to enter this judgment as to the foregoing defendants only, forthwith.

SO ORDERED

DATED: January 6, 2015

By: *(signature)*
MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

27102\643956