IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MACLELLAN,<br><br>    Plaintiff,<br><br>v.<br><br>VALLEY CARE MEDICAL CENTER, et al.,<br><br>    Defendants. | Case No. 12-cv-05795-MMC<br><br>**ORDER DENYING MOTION FOR RELIEF AND SPECIAL DAMAGES** |

On September 25, 2012, plaintiff Doreen MacLellan, appearing pro se, filed the instant action in state court. After the case was removed to this district, counsel was appointed, and a jury trial was held. On December 19, 2014, the jury rendered its verdict in favor of all defendants and against plaintiff; that same date, judgment, in accordance therewith, was entered. Thereafter, on August 12, 2019, plaintiff filed a "Motion for Extraordinary Relief" ("August 12 Order"), by which she sought an order setting aside the judgment against her and entering judgment in her favor, and, by order filed August 23, 2019 ("August 23 Order"), the motion was denied.

Now before the Court is plaintiff's Motion, filed January 30, 2020, "for Relief and Special Damages Pursuant to 28 U.S.C. § 1927, 42 U.S.C. § 1983, Fed. R. Civil P. 7, 9, 46, 49, 51 & Civil L.R. 7-1(4), 7-5, 7-11, 7-12 for Mistakes and Oversight by the Court Pursuant to Fed. R. Civil P. 7(b)(1)(B)(2), 37(e), 46, 49(b)(3)(A), 51(d)(1)(2), 60(a); Due to the Defendant's Intentional Omissions, Misconduct & Misrepresentations Pursuant to Fed. R. Civil P. 7(b)(1)(B)(2), 7.1, 11(b)(1)(2), 37(e), 7.1, & Civil L.R. 3-9(c), 3-15, 54-1(a)(b), 54-4(b); Request for Relief and Special Damages Pursuant to Fed. R. Civil. P.

7(b)(1)(C)(2), 9(e)(g), 11(c)(3), 46, 49(b)(3)(4), 50(a)(1)(B), 51(d)(1)(2), 54(a)(b)(c), 58(b)(2)(B), 60(a), Civil L.R. 7-11," whereby plaintiff, for the second time, seeks an order setting aside the judgment against her and entering judgment in her favor. On February 13, 2020, defendant Alameda County Medical Center ("ACMC") filed opposition. No reply has been filed.

The Court, having read and considered the papers filed in support of and in opposition to the motion, rules as follows.

Although not so characterized, the instant motion essentially seeks reconsideration of the Court's August 23 order. Plaintiff has failed to show, however, any changed circumstances or other cognizable basis for reconsideration.

Moreover, none of the additional facts on which plaintiff now relies provides sufficient evidentiary support for the wrongdoing she asserts. Similarly, neither of the two statutes on which plaintiff now relies, namely 28 U.S.C. § 1927 and 42 U.S.C. § 1983, nor, as defendant points out, any of the additional Local Rules of this District or Federal Rules of Civil Procedure to which she now cites, supports the relief she requests.

Accordingly, for the reasons stated above, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 10, 2020

MAXINE M. CHESNEY
United States District Judge